**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Shawntelle L. Fisher,                               Civil No. 10-2863 (RHK/JSM)

    Petitioner,                                          **ORDER**

vs.

Warden Nicole L. English,

    Respondent.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated June 14, 2011. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 27) is **ADOPTED**;

2. Petitioner's Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. No.23) is **DENIED**; and

3. This action is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  July 12, 2011

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge